FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON MARK HART,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB JACKSON, IIU CHIEF NORRIS and JENNIFER SPENCER,<br><br>    Defendants. | No. 4:25-CV-05110-SAB<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS** |

   By Order filed October 9, 2025, the Court instructed Plaintiff to comply with 28 U.S.C. § 1915(a)(2) which requires prisoners who seek to bring a civil action without prepayment of the filing fee to submit a certified copy of their trust fund account statement (or institutional equivalent) for the 6 months immediately preceding the filing of the complaint. ECF No. 5. The Court noted that Plaintiff's account statement covered only a single thirty-day period between July 15, 2025, and August 15, 2025. *Id.* at 1.

   The Court instructed Plaintiff that he must either pay the applicable fee of $405.00 ($350.00 filing fee, plus $55.00 administrative fee) or comply with the *in forma pauperis* statute, 28 U.S.C. § 1915(a), by submitting an inmate account statement that covered the entire six-month period immediately preceding the

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS # 1

filing of the complaint on August 26, 2025. *Id.* at 2. The Court cautioned Plaintiff that the failure to comply with the Court's directive would result in the dismissal of the case. *Id.* at 3. Plaintiff neither paid the filing fee nor submitted an updated account statement by the due date of November 10, 2025.

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to pay the filing fee under 28 U.S.C. § 1914 or to comply with the *in forma pauperis* requirements of 28 U.S.C. § 1915.

2. The Clerk's Office is directed to **ENTER JUDGMENT** and **CLOSE** the file.

3. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to Plaintiff at his last known address.

**DATED** this 19th day of November 2025.



Stan Bastian
Chief United States District Judge

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE/*IN FORMA PAUPERIS* REQUIREMENTS # 2